UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK FELDER,                          )        CASE NO. EDCV 05-00613-RZ
                                      )
                    Plaintiff,        )
                                      )        JUDGMENT
         vs.                          )
                                      )
JO ANNE B. BARNHART, Commissioner     )
of Social Security Administration,    )
                                      )
                    Defendant.        )
_____)

         In accordance with the Memorandum Opinion and Order filed concurrently herewith,

         IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.


DATED:


                                           /s/ Ralph Zarefsky
                                          RALPH ZAREFSKY
                                     UNITED STATES MAGISTRATE JUDGE